UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADVOCATE FINANCIAL, LLC,** | **CIVIL ACTION NO: 14-946** |
| **Plaintiff** | **JUDGE:** |
| | **MARY ANN VIAL LEMMON** |
| **VERSUS** | |
| | **MAGISTRATE:** |
| | **KAREN WELLS ROBY** |
| **H. EDWARD SHERMAN AND** | |
| **H. EDWARD SHERMAN, APLC,** | |
| **Defendants** | |

## JUDGMENT

The Motion for Default Judgment filed by Advocate Financial, LLC was submitted to this Court for consideration on December 10, 2014.

Having considered the law, the exhibits, the memoranda, and the record, including the Clerk of Court's entry of default against H. Edward Sherman and H. Edward Sherman, APLC on November 12, 2014, the Court does hereby render judgment in favor of Advocate Financial, LLC and against H. Edward Sherman and H. Edward Sherman, APLC, as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Advocate's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment be, and hereby is, entered in favor of Advocate Financial, LLC and against H. Edward Sherman, APLC and its guarantor, H. Edward Sherman, *in solido*, in the principal amount of $302,449.13, plus accrued interest of $77,204.05 through April 21, 2014, with interest thereafter accruing on the principal indebtedness at the default rate of 18% annually (or $149.15 per day); plus reasonable attorney's fees to be taxed pursuant to Fed. R. Civ. P. 54(d)(2) in an amount not to exceed twenty-five percent of the outstanding principal indebtedness; plus costs of these proceedings;

-2-

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Advocate has a valid, duly perfected security interest in the following collateral as described in the H. Edward Sherman, APLC UCC-1 dated April 12, 2005 on file with the Secretary of State (No. 17-1280389) and most recently continued on April 12, 2010 (No. 17-1350646):

> All of Grantor's present and future rights, title and interest in and to any and all (i) attorney's fees, (ii) reimbursements of litigation costs and expenses advanced and incurred by Grantor, (iii) reimbursements of living expenses advanced or funded by Grantor to a Client or on a Client's behalf, and Income and Proceeds in connection with Grantor's legal representation of any and all past, present and future Clients, whether now due or to become due, whether pursuant to any attorney-client contract or other agreement, any extension or amendment thereto, or pursuant to any law of privilege or otherwise, whether from a named party in the case or other person or entity on a named party's behalf, and whether in satisfaction of a full or partial judgment or a full or partial settlement of a claim or cause of action; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment is a final appealable judgment pursuant to Fed. R. Civ. P. 54(a).

JUDGMENT READ, RENDERED, AND SIGNED this 11th day of ____December____, 2014 in New Orleans, Louisiana.

_____
HONORABLE MARY ANN VIAL LEMMON
DISTRICT JUDGE

4099025_1