

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADVOCATE FINANCIAL, LLC | * | CIVIL ACTION NO: 14-946 S(4) |
| Plaintiff | | |
| | * | JUDGE MARY ANN LEMMON |
| V. | * | |
| | | MAGISTRATE KAREN WELLS ROBY |
| H. EDWARD SHERMAN, AND | * | |
| H. EDWARD SHERMAN, APLC | | |

*******************************************************************************

DEFENDANT'S, H. EDWARD SHERMAN, MOTION FOR LEAVE TO FILE
MEDICAL RECORDS UNDER SEAL FOR THIS COURT'S IN-CAMERA REVIEW
TO DETERMINE IF "EXCUSABLE NEGLECT" EXISTED FOR THE LATE FILING OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE ITS

The defendant, H. Edward Sherman, individually, and as president of H. Edward Sherman APLC thinks his recent medical records will establish sufficient cause for this Court to find the tardy filing of the defendants' opposition falls within the definition of "excusable neglect".

The defendant thinks that if his medical records are revealed he could be irreparably damaged by unscrupulous attorneys in competition for the same clients purposely citing things out of context and thereby influencing some potential clients

1

___Fee ___
___Process ___
_X_Dktd ___
___CtRmDep ___
___Doc. No. ___

Respectfully submitted,

_/s/ H. Edward Sherman_____
H. Edward Sherman (Bar #12016)
H. Edward Sherman, APLC
6020 Carlisle Court
New Orleans, Louisiana 70131
Cell (preferred): (504) 236-8703
Telephone: (504) 587-8701
Facsimile: (504) 587-8702
Email: edsherman@edsherman.org

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this pleadings with the United States District Court Eastern District of Louisiana, through its Pacer e-file system on this __9_ day of December_, 2014.

_____
H. Edward Sherman

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADVOCATE FINANCIAL, LLC | * | CIVIL ACTION NO: 14-946 S(4) |
| Plaintiff | | |
| | * | JUDGE MARY ANN LEMMON |
| V. | * | MAGISTRATE KAREN WELLS ROBY |
| H. EDWARD SHERMAN, AND H. EDWARD SHERMAN, APLC | * | |

*******************************************************************************

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR IN CAMERA REVIEW OF HIS MEDICAL RECORDS AS A BASIS FOR "EXCUSABLE NEGLECT"

MAY IT PLEASE THE COURT:

The case explaining the variables constituting "excusable neglect" are set forth in Rockwell Automation., Inc., F/K/A Rockwell Automation/Allen-Bradley Co., LLC, v. United States. U.S. COURT OF INTERNATIONAL TRADE, SLIP OP. 14-96, pg 5-6. Referencing Pioneer Inv. Services .v. Brunswick Associates, 507 U. S. 380(1993).

Undersigned counsel could not have explained the applicability of those legal principles better than the U.S. Supreme Court did.

1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this pleadings with the United States District Court Eastern District of Louisiana, through its Pacer e-file system on this __9_ day of December_, 2014.

_____
H. Edward Sherman