UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCATES FINANCIAL, LLC | CIVIL ACTION |
| VERSUS | NO: 14-0946 |
| H. EDWARD SHERMAN, ET AL. | SECTION: "S" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Advocate's **Motion for Attorney Fees (R. Doc. 35)** is **GRANTED**, and that Advocate Financial, LLC is awarded attorney's fees in the amount of **$33,113.95**, to be paid by H. Edward Sherman and his law firm, H. Edward Sherman, APLC **no later than twenty-one (21) days of the issuance of this Order**.

New Orleans, Louisiana, this 11th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE